UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THE NORTHWESTERN MUTUAL LIFE INSURANCE
COMPANY,

                Plaintiff,

-against-

MARIE LISOWSKI AS TRUSTEE FOR THE BENEFIT
OF MATTHEW J. LISOWSKI AND JOETTA
LISOWSKI,

                Defendants.
------------------------------------------------------------------X

Civil Action No.

**RULE 7.1(a) DISCLOSURE STATEMENT**

    Norman L. Tolle, an attorney admitted to practice in this Court declares as follows:

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for The Northwestern Mutual Life Insurance Company, a private non-governmental party, certifies that plaintiff has no parent corporation and since it is a mutual life insurance company which has no shareholders, there is no publicly held corporation that owns 10% or more of its stock.

Dated: Uniondale, New York
       July 23, 2007

By: /s/ Norman Tolle
Norman L. Tolle (NT 5081)
RIVKIN RADLER LLP
926 Reckson Plaza
Uniondale, New York 11556-0926
(516) 357-3007
Attorneys for Plaintiff
The Northwestern Mutual Life Insurance Company

2058533 v1