**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
Chief United States Magistrate Judge

July 26, 2007

**SCHEDULING ORDER**
07CV6619(WP4)(LMS)

Norman Louis Tolle
Rivkin Radler, LLP
926 Reckson Plaza
Uniondale, NY 11556

The matter of   **NORTHWESTERN-V-LISKOWSKI**   has been scheduled for a

conference before the Hon. Lisa Margaret Smith, Chief United States Magistrate Judge on

September 28, 2007 at 9:30AM in Courtroom 420.

**Parties shall submit an agreed upon scheduling order ( a sample is available on Judge Smith's website at www.nysd.uscourts.gov) on or before this appearance date.**

***Please notify all other parties of this appearance.***

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

So Ordered:

*Lisa Margaret Smith*
Lisa Margaret Smith
U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____