*Karas, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

# MEMO ENDORSED

THE NORTHWESTERN MUTUAL LIFE INSURANCE
COMPANY,

Civil Action No. 07-Civ-6619
(KMK) (LMS)

                              Plaintiff,

**STIPULATION**

          -against-

MARIE LISOWSKI AS TRUSTEE FOR THE BENEFIT
OF MATTHEW J. LISOWSKI AND JOETTA
LISOWSKI,

                              Defendants.
-------------------------------------------------------------------X

It is hereby stipulated and agreed, by and between counsel for the respective parties

hereto, as follows:

1.      Lieberman & LeBovit, counsel for defendant Joetta Lisowski, has been authorized

by its client and does accept service of the Summons and Complaint in the above matter;

2.      Defendant Joetta Lisowski, has requested and plaintiff has agreed to provide said

defendant with an extension of time to and including September 10, 2007 in which to answer or

otherwise respond to the Complaint.

Dated:  Uniondale, New York
          August 16, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____ _____

_Norman Tolle_

Norman L. Tolle
Rivkin Radler LLP
Attorneys for Plaintiff
926 RexCorp Plaza
Uniondale, New York  11556-0926
(516) 357-3242

Mitchell P. Lieberman, Esq.
Lieberman & LeBovit
Attorneys for Defendant Joetta Lisowski
Suite 210  Brookside Park
345 Kear Street
Yorktown Heights, NY  10598

So Ordered:

_____
   Judge Kenneth M. Karas
   · ↑ S · D · J ·


dated :

Denied without prejudice to making
the same application to Judge Smith.

So ordered.

9/4/07

2066690 v1