UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

                Plaintiff,   **AFFIDAVIT OF SERVICE**

   - against -
                                              (ECF)
MARIE LISOWSKI AS TRUSTEE FOR THE    07 Civ 6619 (KMK) (LMS)
BENEFIT OF MATTHEW J. LISOWSKI AND
JOETTA LISOWSKI,

                Defendants.
------------------------------------------------------------x
STATE OF NEW YORK   )
                        ) ss:
COUNTY OF DUTCHESS  )

        ANN E. MAXWELL, being duly sworn, deposes and says:

        1. I am not a party to this action, am over 18 years of age and reside in Pawling, New York.

        2. On September 11, 2007, I served the within Amended Answer with Cross-Claim and Counterclaim, by depositing a true copy thereof enclosed in a post-paid plain manila wrapper by first-class mail, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to the persons named below at their last known addresses:

TO:   RIVKIN RADLER LLP
       **Attorneys for Plaintiff**
       926 Reckson Plaza
       Uniondale, New York 11556-0926
       Attn: Norman L. Tolle, Esq.

       LIEBERMAN & LEBOVIT
       **Attorneys for Defendant Joetta Lisowski**
       Suite 210 Brookside Park
       345 Kear Street
       Yorktown Heights, New York 10598
       Attn: Mitchell Lieberman, Esq.

                                                        _____
                                                        ANN E. MAXWELL

Sworn to before me this
11th day of September, 2007

_____
Notary Public

JULIA C. DAVIS
Notary Public - State of New York
No. 4921425
Qualified in Ulster County
Commission Expires 2/28/10

F:\USER\clients\L\Lisowski\Legal\Affidavit of Service - Amended Answer.wpd