UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THE NORTHWESTERN MUTUAL LIFE INSURANCE
COMPANY,

                    Plaintiff,

        -against-

MARIE LISOWSKI AS TRUSTEE FOR THE BENEFIT
OF MATTHEW J. LISOWSKI AND JOETTA
LISOWSKI,

                    Defendants.
------------------------------------------------------------------X

Civil Action No. 07-Civ-6619 (KMK) (LMS)

**STIPULATION + ORDER**

It is hereby stipulated and agreed, by and between counsel for the respective parties hereto, as follows:

1.     Gellert & Klein PC, counsel for defendant Marie Lisowski as trustee for the benefit of Matthew J. Lisowski, has been authorized by its client and does accept service of the Summons and Complaint in the above matter;

2.     Defendant Marie Lisowski as trustee for the benefit of Matthew J. Lisowski, has requested and plaintiff has agreed to provide said defendant with an extension of time to and including September 7, 2007 in which to answer or otherwise respond to the Complaint.

Dated: Uniondale, New York
       August 16, 2007



*Norman L. Tolle* (signature)

Norman L. Tolle
Rivkin Radler LLP
Attorneys for Plaintiff
926 RexCorp Plaza
Uniondale, New York 11556-0926
(516) 357-3242

*David R. Wise* (signature)

David R. Wise, Esq. (DW-3016)
Gellert & Klein PC
Attorneys for Defendant Marie Lisowski as trustee for the benefit of Matthew J. Lisowski
75 Washington Street
Poughkeepsie, NY 12601-2303

So Ordered:

*(signature)*

Magistrate Judge Lisa Margaret Smith

2066682 v1