UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

                      Plaintiff,

      -against-

MARIE LISOWSKI AS TRUSTEE FOR THE BENEFIT OF MATTHEW J. LISOWSKI AND JOETTA LISOWSKI,

                     Defendants.
------------------------------------------------------------------X

Civil Action No. 07-Civ-6619 (KMK) (LMS)

**STIPULATION** +ORDER

It is hereby stipulated and agreed, by and between counsel for the respective parties hereto, as follows:

1. Lieberman & LeBovit, counsel for defendant Joetta Lisowski, has been authorized by its client and does accept service of the Summons and Complaint in the above matter;

2. Defendant Joetta Lisowski, has requested and plaintiff has agreed to provide said defendant with an extension of time to and including September 10, 2007 in which to answer or otherwise respond to the Complaint.

Dated: Uniondale, New York
       August 16, 2007

*Norman Tolle* (signature)

Norman L. Tolle
Rivkin Radler LLP
Attorneys for Plaintiff
926 RexCorp Plaza
Uniondale, New York 11556-0926
(516) 357-3242

(signature)

Mitchell P. Lieberman, Esq.
Lieberman & LeBovit
Attorneys for Defendant Joetta Lisowski
Suite 210 Brookside Park
345 Kear Street
Yorktown Heights, NY 10598

So Ordered:

*Lisa Margaret Smith* (signature)

Magistrate Judge Lisa Margaret Smith

2066690 v1