# LIEBERMAN & LEBOVIT
### ATTORNEYS AT LAW

MITCHELL P. LIEBERMAN
LISA A. LEBOVIT
ADMITTED IN NY AND CT

MARSHALL S. BELKIN
OF COUNSEL

SUITE 210 BROOKSIDE PARK
345 KEAR STREET
YORKTOWN HEIGHTS, NEW YORK 10598
TELEPHONE (914) 962-0400
FACSIMILE (914) 962-0498



**MEMO ENDORSED**

September 17, 2007

**USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:**

HAND DELIVERED

Hon. Kenneth M. Karas
U.S. Federal Courthouse
300 Quarropas Street
White Plains, New York  10601

    Re:    Northwestern Mutual Life v. Marie Lisowski, et al
            07 CV 6619

Dear Judge Karas:

    Please be advised the undersigned represents Joetta Lisowski, a named defendant in the above referenced Interpleader proceeding pending before Your Honor. The Answer, Cross-Claims and Counterclaims were filed manually as I failed to realize that this matter was designated as an electronic filing case. The Clerk of the Court was good enough to contact me and so advise. I was further advised that Your Honor would be informed of our current lack of capacity to make an electronic filing. I advised the Clerk that we would make immediate arrangements to comply with the Rules of the Court regarding electronic filing. I was advised that the issue of whether our Answer, Counterclaims and Cross-Claim would be accepted would be decided by Your Honor. The last time I appeared in the Southern District I was not required to file electronically. I have since made application for an ID number and password which are to be sent to me by Wednesday, September 19, 2007.

    By way of a transmittal Order dated September 11, 2007 Your Honor denied our request to have the Answer, Counterclaims and Cross-Claims accepted by way of manual filing subject to our securing the means to make electronic filings. I contacted the Clerk's office and was advised that in addition to filing the document by way of electronic means, a letter should be written to Your Honor requesting acceptance of the Answer.

    Please note that the attorneys of record were served in a timely manner with the pleading as evidenced by the attached Affidavit of Service.

LIEBERMAN & LEBOVIT
ATTORNEYS AT LAW

Page –2–

Accordingly, it is respectfully requested that the Court accept for filing co-Defendant Joetta Lisowski's Answer, Cross-Claim and Counterclaims by way of electronic means albeit beyond the date that the same was required to have been filed electronically. Please note that the manual filing was timely.

I look forward to your prompt response.

Very truly yours,

MITCHELL P. LIEBERMAN

MPL/rp
Enc.

cc. Norman L. Tolle, Esq. (facsimile 516-357-3333 and U.S. Mail)
    David Wise, Esq. (via facsimile 845-454-4652 and U.S. Mail)
    Joetta Lisowski

*The filing of Defendant's Answer, Cross-Claim and Counterclaim will be deemed timely, even though they were electronically submitted out of time.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
9/18/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

                Plaintiff,               ANSWER,
                                                COUNTERCLAIMS
                                                AND CROSS-CLAIMS
       -against-                  Civil Action No.
                                                07 CV 6619

MARIE LISOWSKI AS TRUSTEE FOR
THE BENEFIT OF MATTHEW J.
LISOWSKI and JOETTA LISOWSKI,

                Defendants.
-----------------------------------------------------------------X

STATE OF NEW YORK      )
COUNTY OF WESTCHESTER  ) ss.:

      Debra Ecock, being duly sworn says: I am not a party to the action, am over 18 years of age and reside at Garrison, , New York.

      On September 7, 2007 I served a true copy of an Answer, Counterclaims and Cross-Claims with supporting documents with regard to the above captioned matter by depositing the same with Federal Express priority overnight delivery service for overnight delivery addressed to the last known address of the addressee(s) as indicated below:

Norman L. Tolle, Esq., Rivkin Radler, LLP, 926 Reckson Plaza, Uniondale, NY 11556

David Wise, Esq., Gilbert and Klein, PC, 75 Washington Street, Poughkeepsie, NY 12601

                                                _____
                                                DEBRA ECOCK

Sworn to before me this
___ day of September, 2007

_____
Notary Public

REGINA M. PALMIERI
Notary Public, State of New York
No. 4_____27
Qualified in Westchester County
Commission Expires _____