UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

            Plaintiff,

- against -

MARIE LISOWSKI AS TRUSTEE FOR THE
BENEFIT OF MATTHEW J. LISOWSKI AND
JOETTA LISOWSKI,

           Defendants.
-----------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

(ECF)
07 Civ 6619 (KMK) (LMS)

STATE OF NEW YORK    )
                             ) ss:
COUNTY OF DUTCHESS  )

ANN E. MAXWELL, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and reside in Pawling, New York.

2. On October 1, 2007, I served the within Answer to Cross-Claims, by depositing a true copy thereof enclosed in a post-paid plain manila wrapper by first-class mail, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to the persons named below at their last known addresses:

TO:    RIVKIN RADLER LLP
          **Attorneys for Plaintiff**
          926 Reckson Plaza
          Uniondale, New York 11556-0926
          Attn: Norman L. Tolle, Esq.

          LIEBERMAN & LEBOVIT
          **Attorneys for Defendant Joetta Lisowski**
          Suite 210 Brookside Park
          345 Kear Street
          Yorktown Heights, New York 10598
          Attn: Mitchell P. Lieberman, Esq.

                                                                    _____
                                                                    ANN E. MAXWELL

Sworn to before me this
1st day of October, 2007

_____
Notary Public

DAVID R. WISE
Notary Public, State of New York
Qualified in Dutchess County
Commission Expires Feb. 23, 20 11

F:\USER\clients\L\Lisowski\Legal\Affidavit of Service - Answer to Cross-Claims.wpd