UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

                      Plaintiff,          **AFFIDAVIT OF SERVICE**

      - against -

                                                                             (ECF)

MARIE LISOWSKI AS TRUSTEE FOR THE      07 Civ 6619 (KMK) (LMS)
BENEFIT OF MATTHEW J. LISOWSKI AND
JOETTA LISOWSKI,

                      Defendants.
-------------------------------------------------------------x
STATE OF NEW YORK    )
                             ) ss:
COUNTY OF DUTCHESS  )

        ANN E. MAXWELL, being duly sworn, deposes and says:

        1. I am not a party to this action, am over 18 years of age and reside in Pawling, New York.

        2. On October 1, 2007, I served the within Answer to Cross-Claims, by depositing a true copy thereof enclosed in a post-paid plain manila wrapper by first-class mail, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to the persons named below at their last known addresses:

TO:    RIVKIN RADLER LLP
        **Attorneys for Plaintiff**
        926 Reckson Plaza
        Uniondale, New York 11556-0926
        Attn: Norman L. Tolle, Esq.

        LIEBERMAN & LEBOVIT
        **Attorneys for Defendant Joetta Lisowski**
        Suite 210 Brookside Park
        345 Kear Street
        Yorktown Heights, New York 10598
        Attn: Mitchell P. Lieberman, Esq.

                                                               _/s/ Ann E. Maxwell_
                                                              ANN E. MAXWELL

Sworn to before me this
1st day of October, 2007

_/s/ David R. Wise_                    DAVID R. WISE
Notary Public                    Notary Public, State of New York
                                 Qualified in Dutchess County
                                 Commission Expires Feb. 23, 20 _11_

F:\USER\clients\L\Lisowski\Legal\Affidavit of Service - Answer to Cross-Claims.wpd