deliver to the Wife all forms, instruments and documents which may be required so that the Wife may obtain such information from the insurance companies. The Husband shall only be required to provide proof of payment to the Wife up to four times each year.

22.7    The Wife agrees to maintain a life insurance policy on her life in the amount of Twenty-Five Thousand ($25,000.00) Dollars and shall name the Husband as trustee and the child as irrevocable beneficiary of said policy until the child is emancipated. The Wife agrees that paragraphs 22.2 through and including 22.6 above shall apply with equal force to her obligation to maintain life insurance as provided herein.

23.    MEDICAL AND HEALTH INSURANCE

23.1    The Husband agrees to provide medical, health and hospitalization insurance as well as major medical insurance for the benefit of the Wife and child herein comparable to the insurance presently provided by the Husband. To the extent that Husband is required to maintain insurance coverage for the child of the parties pursuant to this provision, he shall maintain or cause to be maintained hospitalization and major medical protection comparable to the present plan at his expense during his lifetime for the benefit of the child until the child is emancipated; ~~said plan to be deemed comparable if it is equal to or better than the average medical insurance provided to an~~

- 28 -

SIGNATURE PAGE

IN WITNESS WHEREOF, the parties hereto set their respective hands and seals the day and year first above written, and they hereby acknowledge that this Stipulation of Settlement and Agreement consists of 40 pages, including the acknowledgment page.

*[signature]*
JOSEPH J. LISOWSKI

*[signature]*
MARIE LISOWSKI

- 39 -

STATE OF NEW YORK, COUNTY OF WESTCHESTER ss.,
I, LEONARD N. SPANO, COUNTY CLERK AND CLERK OF THE SUPREME AND COUNTY COURTS, WESTCHESTER COUNTY DO HEREBY CERTIFY THAT I HAVE COMPARED THIS COPY WITH THE ORIGINAL THEREOF FILED IN MY OFFICE ON 12-29-95 AND THAT THE SAME IS A CORRECT TRANSCRIPT THEREFROM AND OF THE WHOLE OF SUCH ORIGINAL.
IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY OFFICIAL SEAL.
10-5-05
COUNTY CLERK AND CLERK OF THE SUPREME AND COUNTY COURTS, WESTCHESTER COUNTY
FEE PAID

ACKNOWLEDGMENTS

STATE OF NEW YORK       )
                   Dutchess   S.S:
COUNTY OF ~~WESTCHESTER~~  )

On the 28th day of ~~November~~ December, 1995, before me personally came **JOSEPH J. LISOWSKI**, to me known and known to me to be the individual described in and who executed the foregoing instrument and he did duly acknowledge to me that he executed the same.

_____
Notary Public

CHRISTINE LYN PAUL
Notary Public, State of New York
Resident Dutchess County
Commission Expires November 5, 96

STATE OF NEW YORK       )
                   Dutchess   S.S.:
COUNTY OF ~~WESTCHESTER~~  )

On the 28th day of ~~November~~ December, 1995, before me personally came **MARIE LISOWSKI**, to me known and known to me to the individual described in and who executed the foregoing instrument and she did duly acknowledge to me that she executed the same.

_____
Notary Public

CHRISTINE LYN PAUL
Notary Public, State of New York
Resident Dutchess County
Commission Expires November 5, 96

- 40 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

                Plaintiff,

      -against-

MARIE LISOWSKI AS TRUSTEE FOR
THE BENEFIT OF MATTHEW J.
LISOWSKI and JOETTA LISOWSKI,

                Defendants.
------------------------------------------------------------X

ANSWER,
COUNTERCLAIMS
AND CROSS-CLAIMS
Civil Action No.
07 CV 6619

STATE OF NEW YORK      )
COUNTY OF WESTCHESTER  ) ss.:

      Debra Ecock, being duly sworn says: I am not a party to the action, am over 18 years of age and reside at Garrison, , New York.

      On September 7, 2007 I served a true copy of an Answer, Counterclaims and Cross-Claims with supporting documents with regard to the above captioned matter by depositing the same with Federal Express priority overnight delivery service for overnight delivery addressed to the last known address of the addressee(s) as indicated below:

Norman L. Tolle, Esq., Rivkin Radler, LLP, 926 Reckson Plaza, Uniondale, NY 11556

David Wise, Esq., Gilbert and Klein, PC, 75 Washington Street, Poughkeepsie, NY 12601

                                                      _____
                                                      DEBRA ECOCK

Sworn to before me this
7th day of September, 2007

_____
Notary Public

REGINA M. PALMIERI
Notary Public, State of New York
No. 4998427
Qualified in Westchester County
Commission Expires 6/29/10