Exhibit 2

FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF DUTCHESS
------------------------------------------------------------------X
In the Matter of a Proceeding Pursuant to
Article 4 of the Family Court Act,

MARIE LISOWSKI,

                  Petitioner,                    ORDER
  -against-                                    F/U # 19216
                                                              Docket # F-00601-06/06A
JOSEPH J. LISOWSKI,                                              F-00601-06/06B

                  Respondent.
------------------------------------------------------------------X

       Petitioner having filed a petition for enforcement pursuant to Article 4 of the Family Court and said Petition having been duly served upon Respondent and thereafter Respondent having interposed a cross motion pursuant to Article 4 seeking a termination of child support and thereafter Petitioner together with her attorney Michael Tomkovitch, Esq. of Campanaro & Tomkovitch and the Respondent together with his attorney Mitchell P. Lieberman, Esq. of Lieberman & LeBovit having appeared before this Court on the 29th day of June, 2006 at which time a Stipulation in settlement of the parties' applications was set forth on the record and the Court having made a separate finding of fact, it is now, therefore, on consent,

       ORDERED, that Respondent shall pay to Petitioner the sum of seven thousand five hundred ($7,500.00) dollars within thirty (30) days representing all child support arrears owed to date; and it is further

       ORDERED, that the parties son, Matthew Lisowski (d/o/b: 8/1/87), is deemed emancipated based upon his current full time employment and lack of matriculation in a college curricular course of study toward a       degree. As such, Respondent's child support obligation is terminated subject to the terms hereof; and it is further



Lt\mat\Lisowski\order6-30-06                    1