ORDERED, in addition to the terms of the parties' Stipulation and Judgment of Divorce for so long as Matthew is working full time he shall be deemed emancipated such that Respondent shall have no obligation to pay child support; and it is further

ORDERED, that in the event that the parties' child Joseph commences matriculation at Dutchess County community for an associate's degree and is not working full time, then child support shall be paid prospectively in accordance with the terms of the parties' Stipulation and Judgment of Divorce. In the event that Joseph commences part-time matriculation at Dutchess County Community College toward an associate's degree and is not working full time, then base child support shall be paid by Respondent to Petitioner in the amount of seven hundred dollars ($700.00) per month as and for Respondent's reduced child support obligation; and it is further

ORDERED, that irrespective of whether Respondent is required to pay base child support pursuant to the terms of this Order, in the event the minor issue commences matriculation at Dutchess County Community College toward an associate's degree, whether he is working full-time, part-time or otherwise, the parties shall share the expense of said college matriculation in accordance with the terms of the Stipulation and Judgment until his twenty first (21st) birthday.

ENTER:

_____
HON. DAMIAN J. AMODEO, FCJ

Dated: Poughkeepsie, New York
July 17, 2006

NOTICE OF ENTRY
PLEASE TAKE NOTICE that the within is a true copy of an order entered in the office of the clerk of the Family Court of the State of New York in the County of Dutchess on 7/17/06

_____
PETER A. PALLADINO

Lt\mat\Lisowski\order6-30-06

2

DEBRA ESOCK
NOTARY PUBLIC, State of New York
No. 01ES6632205

Leigh Tobias       (Print signer's name below signature)