# LIEBERMAN & LEBOVIT
ATTORNEYS AT LAW

MITCHELL P. LIEBERMAN
LISA A. LEBOVIT
ADMITTED IN NY AND CT

MARSHALL S. BELKIN
OF COUNSEL

SUITE 210 BROOKSIDE PARK
345 KEAR STREET
YORKTOWN HEIGHTS, NEW YORK 10598
TELEPHONE (914) 962-0400
FACSIMILE (914) 962-0498

October 11, 2007

Mr. Robert Rogers, Chief Deputy Clerk
United States District Court
Southern District of New York
U.S. District Courthouse
300 Quarropas Street
White Plains, New York 10601

   Re: The Northwestern Mutual Life Insurance Company
      v. Marie Lisowski, et al.
      07 Civ. 6619 (KMK) (LMS)
      Our File No. 21636.0039

Dear Mr. Rogers:

  Enclosed for filing is Defendant's, Joetta Lisowski's, Answer To Cross-Claims with regard to the above-referenced matter.

  If you have any questions, please do not hesitate to contact the undersigned.

           Very truly yours,

           MITCHELL P. LIEBERMAN

MPL:nm
Enclosure

cc: Rivkin Radler LLP (w/enc.)
   Attorneys for Plaintiff
   Attn: Norman L. Tolle, Esq.

   Gellert & Klein, P.C. (w/enc.)
   Attn: David R. Wise, Esq.

   Joetta Lisowski