*[Handwritten margin note:]* Deemed letter motion. Motion granted. Conference rescheduled to Jan. 3, 2008 at 9:30 am. SO ORDERED. [signature] Lisa Margaret Smith USMJ

# GELLERT & KLEIN, P.C.
### ATTORNEYS AND COUNSELORS AT LAW
75 WASHINGTON STREET
POUGHKEEPSIE, NEW YORK 12601-2303

(845) 454-3250
FAX: (845) 454-4852
www.gklaw.us

LEONARD KLEIN
ARTHUR L. GELLERT
STEPHEN E. EHLERS
JOHN A. CEOCHEGAN
LILLIAN S. WEIGERT
JAMES M. FEDORCHAK
STEPHEN E. DIAMOND

SCOTT L. VOLKMAN
DAVID R. WISE
RODERICK J. MACLEOD
BEVIN S. HARRINGTON
DANIEL H. STOCK
LINDA M. MURRAY
KELLY L. TRAVER

VARIOUS GELLERT & KLEIN ATTORNEYS ARE ALSO ADMITTED TO PRACTICE IN CT, FL, MA, ENGLAND

COUNSEL
S. NINA CELLERT
RAINA E. MAISSEL
ANTHONY M. QUARTARARO
SENATOR STEPHEN M. SALAND
ROBERT C. VINCENT, JR.

JOSEPH H. CELLERT
(1907-1989)

WESTCHESTER OFFICE
3010 WESTCHESTER AVENUE
SUITE 302
PURCHASE, NEW YORK 10577
(914) 249-0100
FAX: (914) 249-0111

December 5, 2007

**MEMO ENDORSED**
DEC 11 2007

*Via Telefax*
Hon. Lisa M. Smith
Chief United States Magistrate Judge
Southern District of New York
United States Courthouse, Room 428
300 Quarropas Street
White Plains, New York 10601

Re:  The Northwestern Mutual Life Insurance Company
     v. Marie Lisowski, et al.
     07 Civ. 6619 (KMK) (LMS)
     Our File No. 21636.0039

Dear Magistrate Smith:

We are the attorneys for Defendant Marie Lisowski, and I am writing to request an adjournment of the status conference scheduled for December 11, 2007 at 10:30 AM.

Depositions of Marie Lisowski and her son Matthew Lisowski were scheduled for December 4, 2007. Those depositions did not take place due to Matthew being ill. All counsel are working to schedule an alternate date, but the depositions will not be able to take place prior to the December 11 conference. As a result, I am respectfully requesting that the December 11 conference be rescheduled for some time in January. Mr. Lieberman joins in this request; Mr. Tolle has taken no position with respect to the request.

Thank you for your consideration.

Respectfully yours,
GELLERT & KLEIN, P.C.

By: _____
DAVID R. WISE

DRW/am

cc:  RIVKIN RADLER LLP (*Via Telefax*)
     Attn: Norman L. Tolle, Esq., Julie Ovicher, Esq.
     LIEBERMAN & LEBOVIT (*Via Telefax*)
     Attn: Mitchell P. Lieberman, Esq.
     Ms. Marie Lisowski and Mr. Matthew J. Lisowski

F:\USER\clients\Lisowski\letters\Judge Smith ltr 10.01.07 w-Answer to Cross-Claims.wpd

*[Stamp:]* USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: _____