UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------- ---------------------------------------x
THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

                            Plaintiff,

         - against -

MARIE LISOWSKI AS TRUSTEE FOR THE
BENEFIT OF MATTHEW J. LISOWSKI AND
JOETTA LISOWSKI,

                           Defendants.
--------------------------------------------------------x

**NOTICE OF MOTION**

(ECF)
07 Civ 6619 (KMK) (LMS )

        PLEASE TAKE NOTICE that upon the Certification of David R. Wise, Esq. dated April 9,

2008, and the exhibit attached hereto, and upon all prior proceedings herein, counsel for Defendant

Marie Lisowski as Trustee for the Benefit of Matthew J. Lisowski will move this Court, at the

United States Courthouse, 300 Quarropas Street, White Plains, New York, for an Order

discharging Gellert & Klein, P.C. as counsel for such party.

Dated:  Poughkeepsie, New York
         April 9, 2008

                                GELLERT & KLEIN, P.C.
                                By:


                                  s/ _____
                                DAVID R. WISE (DW - 3016)
                                Attorneys for Defendant Marie Lisowski
                                as Trustee for the Benefit of Matthew Lisowski
                                75 Washington Street
                                Poughkeepsie, New York  12601

TO: RIVKIN RADLER LLP
     **Attorneys for Plaintiff**
     926 Reckson Plaza
     Uniondale, New York  11556-0926
     Attn: Norman L. Tolle, Esq.

                                  LIEBERMAN & LEBOVIT
                                  **Attorneys for Defendant Joetta Lisowski**
                                  Suite 210 Brookside Park
                                  345 Kear Street
                                  Yorktown Heights, New York  10598
                                  Attn: Mitchell P. Lieberman, Esq.

     MARIE LISOWSKI AS TRUSTEE
     FOR THE BENEFIT OF
     MATTHEW LISOWSKI
     9 Slate Hill Drive
     Poughkeepsie, New York 12603