RECEIVED
APR - 8 2008
GELLERT & KLEIN, P.C.

March 25, 2008

Dear Mr. David Wise,

We cannot settle due to the extreme complexity of the document associated with it.

Your services, therefore, are not needed. We are discharging any further legal counsel by you and your firm, Gellert & Klein

Full payment of your services is enclosed. Thank you.

Sincerely,

M. Lisowski + son,
Matt Lisowski