UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

                   Plaintiff,                   **AFFIDAVIT OF SERVICE**

      - against -

                                                                              (ECF)

MARIE LISOWSKI AS TRUSTEE FOR THE          07 Civ 6619 (KMK) (LMS )
BENEFIT OF MATTHEW J. LISOWSKI AND
JOETTA LISOWSKI,

                 Defendants.
----------------------------------------------------------X
STATE OF NEW YORK    )
                               ) ss:
COUNTY OF DUTCHESS  )

       ANN E. MAXWELL, being duly sworn, deposes and says:

       1. I am not a party to this action, am over 18 years of age and reside in Pawling, New York.

       2. On April 9, 2008, I served the within Notice of Motion and Certification in Support of Application To Be Discharged As Counsel, by depositing a true copy thereof enclosed in a post-paid plain manila wrapper by first-class mail, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to the persons named below at their last known addresses:

TO:  RIVKIN RADLER LLP                         LIEBERMAN & LEBOVIT
      **Attorneys for Plaintiff**                     **Attorneys for Defendant Joetta Lisowski**
      926 Reckson Plaza                              Suite 210 Brookside Park
      Uniondale, New York 11556-0926          345 Kear Street
      Attn: Norman L. Tolle, Esq.                  Yorktown Heights, New York 10598
                                                           Attn: Mitchell P. Lieberman, Esq.

MARIE LISOWSKI AS TRUSTEE FOR
THE BENEFIT OF MATTHEW LISOWSKI
9 Slate Hill Drive
Poughkeepsie, New York 12603

                                                                                 */s/ Ann E. Maxwell*
                                                                                    ANN E. MAXWELL

Sworn to before me this
9th day of April, 2008

*/s/ A. Swenson*
Notary Public

                                      ASHLEY SWENSON
                                Notary Public, State of New York
                                  No. 01SW6107658 Ulster
                                Qualified in ~~Dutchess~~ County
                              Commission Expires April 5, 2012

F:\USER\clients\L\Lisowski\Legal\Affidavit of Service - Not Mot & Certif.wpd