UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

                Plaintiff,              **AFFIDAVIT OF SERVICE**

     - against -

                                      (ECF)
MARIE LISOWSKI AS TRUSTEE FOR THE       07 Civ 6619 (KMK) (LMS )
BENEFIT OF MATTHEW J. LISOWSKI AND
JOETTA LISOWSKI,

                Defendants.
-----------------------------------------------------------x
STATE OF NEW YORK    )
                      ) ss:
COUNTY OF DUTCHESS  )

     ANN E. MAXWELL, being duly sworn, deposes and says:

     1. I am not a party to this action, am over 18 years of age and reside in Pawling, New York.

     2. On April 9, 2008, I served the within Notice of Motion and Certification in Support of Application To Be Discharged As Counsel, by depositing a true copy thereof enclosed in a post-paid plain manila wrapper by first-class mail, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to the persons named below at their last known addresses:

TO:  RIVKIN RADLER LLP              LIEBERMAN & LEBOVIT
     **Attorneys for Plaintiff**         **Attorneys for Defendant Joetta Lisowski**
     926 Reckson Plaza            Suite 210 Brookside Park
     Uniondale, New York 11556-0926   345 Kear Street
     Attn: Norman L. Tolle, Esq.        Yorktown Heights, New York  10598
                                      Attn: Mitchell P. Lieberman, Esq.

     MARIE LISOWSKI AS TRUSTEE FOR
     THE BENEFIT OF MATTHEW LISOWSKI
     9 Slate Hill Drive
     Poughkeepsie, New York 12603

                                           ANN E. MAXWELL

Sworn to before me this
9th day of April, 2008

Notary Public

ASHLEY SWENSON
Notary Public, State of New York
No. 01SW6107658 Ulster
Qualified in Dutchess County
Commission Expires April 5, 2012

F:\USER\clients\L\Lisowski\Legal\Affidavit of Service - Not Mot & Certif.wpd