UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

                Plaintiff,

- against -

MARIE LISOWSKI AS TRUSTEE FOR THE
BENEFIT OF MATTHEW J. LISOWSKI AND
JOETTA LISOWSKI,

                Defendants.
------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

(ECF)
07 Civ 6619 (KMK) (LMS)

STATE OF NEW YORK    )
                           ) ss:
COUNTY OF DUTCHESS  )

    ANN E. MAXWELL, being duly sworn, deposes and says:

    1. I am not a party to this action, am over 18 years of age and reside in Pawling, New York.

    2. On April 9, 2008, I served the within Notice of Motion and Certification in Support of Application To Be Discharged As Counsel, by depositing a true copy thereof enclosed in a post-paid plain manila wrapper by first-class mail, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to the persons named below at their last known addresses:

TO:  RIVKIN RADLER LLP
**Attorneys for Plaintiff**
926 Reckson Plaza
Uniondale, New York  11556-0926
Attn: Norman L. Tolle, Esq.

LIEBERMAN & LEBOVIT
**Attorneys for Defendant Joetta Lisowski**
Suite 210 Brookside Park
345 Kear Street
Yorktown Heights, New York  10598
Attn: Mitchell P. Lieberman, Esq.

MARIE LISOWSKI AS TRUSTEE FOR
THE BENEFIT OF MATTHEW LISOWSKI
9 Slate Hill Drive
Poughkeepsie, New York 12603

                                         _/s/ Ann E. Maxwell_
                                         ANN E. MAXWELL

Sworn to before me this
9th day of April, 2008

_/s/ A. Swenson_
Notary Public

ASHLEY SWENSON
Notary Public, State of New York
No. 01SW6107658  Ulster
Qualified in ~~Dutchess~~ County
Commission Expires April 5, 2012

F:\USER\clients\L\Lisowski\Legal\Affidavit of Service - Not Mot & Certif.wpd