**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------- -----------------------------------------x
THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

                      Plaintiff,

- against -

MARIE LISOWSKI AS TRUSTEE FOR THE
BENEFIT OF MATTHEW J. LISOWSKI AND
JOETTA LISOWSKI,

                      Defendants.
-------------------------------------------------------x

**NOTICE OF MOTION**

(ECF)
07 Civ 6619 (KMK) (LMS)


COPY

     PLEASE TAKE NOTICE that upon the Certification of David R. Wise, Esq. dated April 9, 2008, and the exhibit attached hereto, and upon all prior proceedings herein, counsel for Defendant Marie Lisowski as Trustee for the Benefit of Matthew J. Lisowski will move this Court, at the United States Courthouse, 300 Quarropas Street, White Plains, New York, for an Order discharging Gellert & Klein, P.C. as counsel for such party.

Dated:  Poughkeepsie, New York
         April 9, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: _____
```

GELLERT & KLEIN, P.C.
By: _____

DAVID R. WISE (DW - 3016)
Attorneys for Defendant Marie Lisowski
as Trustee for the Benefit of Matthew Lisowski
75 Washington Street
Poughkeepsie, New York 12601

TO: RIVKIN RADLER LLP
     **Attorneys for Plaintiff**
     926 Reckson Plaza
     Uniondale, New York 11556-0926
     Attn: Norman L. Tolle, Esq.

LIEBERMAN & LEBOVIT
**Attorneys for Defendant Joetta Lisowski**
Suite 210 Brookside Park
345 Kear Street
Yorktown Heights, New York 10598
Attn: Mitchell P. Lieberman, Esq.

MARIE LISOWSKI AS TRUSTEE
FOR THE BENEFIT OF
MATTHEW LISOWSKI
9 Slate Hill Drive
Poughkeepsie, New York 12603

*Motion Granted*

SO ORDERED
_____
KENNETH M. KARAS U.S.D.J.
4/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------ --------------------------------------x
THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,
                            Plaintiff,

- against -

MARIE LISOWSKI AS TRUSTEE FOR THE
BENEFIT OF MATTHEW J. LISOWSKI AND
JOETTA LISOWSKI,
                            Defendants.
-----------------------------------------------------------x

**CERTIFICATION IN SUPPORT OF APPLICATION TO BE DISCHARGED AS COUNSEL**

(ECF)
07 Civ 6619 (KMK) (LMS )

STATE OF NEW YORK   )
                               ) ss:
COUNTY OF DUTCHESS  )

      David R. Wise, certifies the following to be true under the penalties of perjury:

      1.     I am a member of the firm of Gellert & Klein, P.C. ("G&K"), attorneys of record for Defendant Marie Lisowski as Trustee for the Benefit of Matthew J. Lisowski. As such I am familiar with the facts and circumstances set forth herein.

      2.     I submit this Certification in support of G&K's application for an Order to be discharged of record as attorneys for Marie Lisowski.

      3.     In February 2008, the parties agreed upon a settlement of this matter. All counsel of record and Marie Lisowski agreed upon the terms of a proposed Settlement Agreement and Release ("Settlement Agreement") that was circulated among the parties. A Stipulation of dismissal was also circulated among all counsel. I forwarded the Settlement Agreement to Ms. Lisowski on February 21, 2008. At the time the Settlement Agreement was forwarded to Ms. Lisowski, as well as in three subsequent letters, I offered Ms. Lisowski the opportunity to raise any questions that she had concerning the document.

      4.     On April 8, 2008, and without ever having received any call, inquiry or the signed Settlement Agreement from Ms. Lisowski, I received a correspondence dated March 25, 2008, a copy of which is attached as Exhibit A.

      5.     The attached correspondence from Ms. Liswoski clearly expresses her desire to

-2-

discharge G&K as her counsel in this matter.

6.   I have no basis upon which to insist that my firm continue to represent Ms. Lisowski against her will.

7.   Under the circumstances, it is respectfully requested that the Court issue an Order discharging G&K as counsel for Marie Lisowski as Trustee for the Benefit of Matthew J. Lisowski.


Dated: Poughkeepsie, New York
       April 9, 2008

                                        Respectfully submitted,

                                    By: _____
                                        DAVID R. WISE (DW - 3016)
                                        GELLERT & KLEIN, P.C.
                                        Attorneys for Marie Lisowski
                                        as Trustee for the Benefit of Matthew Lisowski
                                        75 Washington Street
                                        Poughkeepsie, New York  12601

TO:   RIVKIN RADLER LLP
      **Attorneys for Plaintiff**
      926 Reckson Plaza
      Uniondale, New York  11556-0926
      Attn: Norman L. Tolle, Esq.

      LIEBERMAN & LEBOVIT
      **Attorneys for Defendant Joetta Lisowski**
      Suite 210 Brookside Park
      345 Kear Street
      Yorktown Heights, New York  10598
      Attn: Mitchell P. Lieberman, Esq.

      MARIE LISOWSKI AS TRUSTEE FOR
      THE BENEFIT OF MATTHEW LISOWSKI
      9 Slate Hill Drive
      Poughkeepsie, New York 12603

RECEIVED
APR - 8 2008
GELLERT & KLEIN, P.C.

March 25, 2008

Dear Mr. David Wise,

We cannot settle due to the extreme complexity of the document associated with it.

Your services, therefore, are not needed. We are discharging any further legal counsel by you and your firm, Gellert & Klein.

Full payment of your services is enclosed. Thank you.

Sincerely,

*[signature]*
Matt Lisinski