UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NORTHWESTERN,                                       :

       Plaintiff,                                  :           ORDER

       -against-                                   :           07 Civ. 6619 (KMK)(LMS)

LISOWSKI, et al.,                                   :

       Defendants.                                 :

------------------------------------------------------------x

      Counsel for defendant Marie Lisowski as Trustee for the Benefit of Matthew J. Lisowski has been relieved by Order of Judge Karas dated April 18, 2008 (see Docket #34). Marie Lisowski was notified by the Court to appear in Court this date, April 30, 2008, for purposes of pursuing her defense in this matter. A conference was held at 2:00 today, and neither Ms. Lisowski nor an attorney on her behalf appeared in the courtroom. The conference was adjourned to June 3, 2008, at 2:30 pm, in Courtroom 420, at the United States Courthouse, 300 Quarropas Street, White Plains, New York, in order to insure that Ms. Lisowski has an opportunity to obtain substitute counsel if she chooses to do so.

      IT IS THEREFORE ORDERED that Marie Lisowski either shall obtain counsel to represent her in this matter, or shall prepare to proceed *pro se* on her own behalf. Either counsel for Ms. Lisowski or Ms. Lisowski shall appear on June 3, 2008, at 2:30 pm, in Courtroom 420, at the United States Courthouse, 300 Quarropas Street, White Plains, New York, for further proceedings in this matter.

      In the event that neither counsel for Ms. Lisowski nor Ms. Lisowski on her own behalf

appears in the Courtroom as ordered herein on June 3, 2008, then Ms. Lisowski may be subject to sanctions. Those sanctions may include, and are not limited to: monetary sanctions imposed by the Court, including the cost of the appearance of attorneys for other parties in this case; preclusion of evidence that may be offered by Ms. Lisowski at any trial or hearing that may occur in this matter; striking of pleadings, including striking of the Answer previously filed on Ms. Lisowski's behalf; and default judgment, which may be sought by any party who has made a claim against Ms. Lisowski, the results of which would be to grant whatever relief has been sought by such party against Ms. Lisowski.

Dated: April 30, 2008
      White Plains, New York

SO ORDERED

Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York